1  MELINDA HAAG (CABN 132612)
   United States Attorney

2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  AARON D. WEGNER  (CABN 243809)
   Assistant United States Attorney
5
      450 Golden Gate Ave., Box 36055
6     San Francisco, California 94102
      Telephone:  (415) 436-6831
7     Fax: (415) 436-7234
      E-Mail: aaron.wegner@usdoj.gov
8
   Attorneys for the United States of America
9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,        )        No. CR 11-0097-CRB
                                     )
15        Plaintiff,                 )
                                     )        [PROPOSED] ORDER OF DETENTION
16     v.                            )        OF DEFENDANT CUONG MACH
                                     )        BINH TIEU
17  CUONG MACH BIN TIEU,             )
                                     )
18                                   )
          Defendant.                 )
19                                   )
                                     )
20  _____ )

21

22        The defendant came before this Court on March 16, 2011 for a detention hearing.  The

23  defendant was present and represented by Richard Mazer.  Assistant United States Attorney

24  Aaron Wegner represented the United States.

25        The government requested detention, submitting that no condition or combination of

26  conditions would reasonably assure the safety of the community.

27        Upon consideration of the Pretrial Services report, the court file and the party proffers as

28  discussed below, the Court finds by clear and convincing evidence that no condition or

CR 11-0097-CRB
[Proposed] Detention Order

1   combination of conditions will reasonably assure the safety of any other person and the

2   community.  The Court orders the defendant detained.

3   The present order supplements the Court's findings at the detention hearing and serves as

4   a written findings of fact and statement of reasons as required by 18 U.S.C. § 3142(I).

5   The Bail Reform Act of 1984, 18 U.S.C. §§ 3141-50, sets forth the factors which the

6   Court must consider in determining whether pretrial detention is warranted.  In coming to its

7   decision, the Court has considered those factors, paraphrased below:

8   (1)  the nature and seriousness of the offense charged;

9   (2)  the weight of the evidence against the person;

10   (3)  the history and characteristics of the person including, among other considerations,

11   employment, past conduct and criminal history, and records of court appearances; and

12   (4)  the nature and seriousness of the danger to any person or the community that would

13   be posed by the person's release.

14  18 U.S.C. § 3142(g).

15   After hearing the proffers of both parties, the Court finds that the government has shown

16  by clear and convincing evidence that no combination of conditions will assure the safety of the

17  community.  In considering all of the facts and proffers presented at the hearing, the Court finds

18  the following factors among the most compelling in reaching its conclusion:

19   First, the defendant was previously convicted of second degree murder in 1989.

20   Second, the defendant was on federal probation during the criminal conduct alleged

21  against him in this case and a warrant has been issued for his arrest based on the probation

22  violation.

23   Third, the government has proffered that the defendant participated in multiple drug

24  deals, including deals for cocaine, methamphetamine, and ephedrine, as part of his criminal

25  conduct in this case.

26   Fourth, the government has proffered that in an recent interview with the San Jose Police

27  Department, the defendant admitted that he met with a murder suspect in July 2009 and

28  facilitated the suspect's attempt to flee the United States.

CR 11-0097-CRB
[Proposed] Detention Order

1    These factors, among others adduced at the hearing, clearly and convincingly demonstrate

2    that if released the defendant would be a danger to the community.

3    Accordingly, pursuant to 18 U.S.C. § 3142(I), IT IS ORDERED THAT:

4    (1) the defendant is committed to the custody of the United States Marshal's Office for

5    confinement in a corrections facility; and

6    (2) the defendant be afforded reasonable opportunity for private consultation with his

7    counsel.

8

   06/17/2011
9    Dated: ~~March ___, 2011~~

10

11

12

13

14



Judge Joseph C. Spero

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CR 11-0097-CRB
[Proposed] Detention Order