1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  AARON D. WEGNER (CABN 243809)
   ROBERT DAVID REES (CABN 229441)
5  Assistant United States Attorneys

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
7     Telephone: (415) 436-7210
      Facsimile: (415) 436-7234
8     E-Mail: robert.rees@usdoj.gov

9  Attorneys for the United States of America

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,          )   No. CR 11 0097 CRB
                                       )
14       Plaintiff,                    )
                                       )   STIPULATION AND [PROPOSED]
15       v.                            )   ORDER VACATING DEADLINE TO
                                       )   SUPERSEDE INDICTMENT
16  CUONG MACH BINH TIEU, et al.,      )
                                       )
17       Defendants.                   )
                                       )
18

19       At a recent hearing, the government represented that, in light of an upcoming July
20  30, 2012 trial involving defendants John Chew, Kwai Ping Wong, and Bao Tran, it
21  planned to supersede the indictment by the end of June. The Court signed a proposed
22  order submitted in association with that trial obligating the government to supersede no
23  later than June 29, 2012. The parties stipulate and agree that the government is hereby
24  relieved from that deadline.
25       Good cause for the request is that the parties expect shortly to move to continue the
26  trial date and refer the case for settlement to Magistrate Judge Beeler, and the deadline to
27  //
28  //

STIPULATION AND PROPOSED ORDER, CR 11 0097 CRB

1  supersede has acted as an impediment to any settlement discussions.

2

3  IT IS HEREBY STIPULATED.

4

5  DATED: June 25, 2012                    MELINDA HAAG
                                           United States Attorney
6

7                                                    /s
                                           AARON D. WEGNER
8                                          ROBERT DAVID REES
                                           Assistant United States Attorneys
9

10 DATED: June 25, 2012                              /s
                                           GALIA AMRAM PHILLIPS, ESQ.
11                                         Attorney for John Chew

12 DATED: June 25, 2012                              /s
                                           SUZANNE LUBAN, ESQ.
13                                         Attorney for Kwai Ping Wong

14 DATED: June 25, 2012                              /s
                                           MICHAEL STEPANIAN, ESQ.
15                                         RANDY SUE POLLOCK, ESQ.
                                           Attorneys for Bao Tran
16

17

18        IT IS HEREBY ORDERED.

19

20 DATED: 6-27-12
                                                     For
21                                         HON. CHARLES R. BREYER
                                           United States District Judge
22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER, CR 11 0097 CRB