IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CUONG MACH BINH TIEU,<br><br>  Defendant. | No. CR 11-97 CRB<br><br>**ORDER TO SHOW CAUSE** |

Defendant has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. See Petition (dkt. 767). He argues that (1) his counsel was ineffective for failing to inform him that the government might offer a package plea deal; (2) his attorney had an actual conflict of interest; and (3) the Court violated his Sixth Amendment rights by refusing to appoint him independent counsel in light of his counsel's conflict. Id.

Good cause appearing therefor, the Government is hereby ORDERED to file an answer to Defendant's motion within 60 days of this Order. If Defendant wishes to respond to that answer, he shall file a traverse with the Court and serve it on respondent within 30 days of his receipt of the answer.

**IT IS SO ORDERED.**

Dated: April 28, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\97\Tieu OSC 2255.wpd