FILED

AUG 26 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellee, v. CUONG MACH BINH TIEU, AKA Ah Keung, AKA Steve, AKA Hak Se Wui, Defendant-Appellant. | No. 16-15421<br><br>D.C. Nos. 3:15-cv-01679-CRB<br>3:11-cr-00097-CRB-1<br>Northern District of California, San Francisco<br><br>ORDER |

Before: CLIFTON and N.R. SMITH, Circuit Judges.

The request for a certificate of appealability (Docket Entry No. 2) is denied because appellant has not made a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *see also Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003).

Any pending motions are denied as moot.

**DENIED.**