

Cuong Tieu
Federal Correctional Institute
P. O. Box 800
Herlong, CA 96113
United States

⇔91019-111⇔
Office Of U S District Court
450 Golden GATE AVE
SAN Francisco, CA 94102
United States