UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CUONG MACH BINH TIEU,<br><br>Defendant. | CR-11-00097-CRB<br>CR-08-00203-CRB<br><br>ORDER RE: CJA APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL |

The individual named above as defendant, having testified under oath or having otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the individual is indigent, therefore;

IT IS ORDERED that the attorney whose name and contact information are listed below is appointed to represent the above defendant, solely for the limited purpose of representing him in regards to the warrant for probation filed in the related animal endangerment case, CR-08-203-CRB.

Richard B. Mazer
99 Divisadero Street
San Francisco, CA 94117
(415)621-4100
richardbmazer@gmail.com



Appointing Judge: Hon. Judge Charles R. Breyer

July 29, 2020
Date of Order

July 23, 2020
Nunc Pro Tunc Date