UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CUONG MACH BINH TIEU,<br><br>Defendant. | CR-11-00097-CRB<br><br>ORDER RE: CJA APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL |

The individual named above as defendant, having testified under oath or having otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the individual is indigent, therefore;

IT IS ORDERED that the attorney whose name and contact information are listed below is appointed to represent the above defendant, solely for the limited purpose of assessing eligibility for reduction of sentence and filing of compassionate release motion under the First Step Act.

Jeffrey Bornstein
50 Fremont St., 19th Floor
San Francisco, CA 94105
(415)433-6830
JBornstein@rbgg.com

_____
Appointing Judge: Hon. Judge Charles R. Breyer

November 1, 2021                    October 29, 2021
Date of Order                       Nunc Pro Tunc Date